*Messrs. Sewall Key* and *Arnold Raum* for the United States.

No. 760. AMERICAN EMPLOYERS' INSURANCE Co. *v.* WILLIAMS. April 1, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Frank H. Myers* for petitioner.

No. 762. BALTIMORE & OHIO RAILROAD Co. *v.* RADER. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edward W. Rawlins* and *James F. Wright* for petitioner. *Messrs. Joseph D. Ryan* and *V. Russell Donaghy* for respondent:

No. 763. GENERAL MOTORS ACCEPTANCE CORP. *v.* COLLER, TRUSTEE IN BANKRUPTCY. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Thomas Smith* for petitioner.

No. 764. POLAND UNION *v.* FIRST NATIONAL BANK OF HERKIMER ET AL. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Leonard W. Ferris* and *Edward L. Smith* for petitioner. *Mr. James P. O'Donnell* for respondents.

No. 766. BOESCH MANUFACTURING Co. ET AL. *v.* UNITED STATES HAT MACHINERY CORP. April 1, 1940.